IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BENNIE RAY WALLER, JR.                                                                                     PLAINTIFF

V.                                                                    CAUSE NO. 3:23-CV-00193-JMV

CHAD WICKER, ET AL.                                                                  DEFENDANTS

ORDER REQUIRING PLAINTIFF TO SUBMIT
ADDITIONAL INFORMATION TO THE COURT

      This matter comes before the Court upon Plaintiff Bennie Ray Waller, Jr.'s *pro se* complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. # 1. Plaintiff complains about the conditions of his confinement while housed at the DeSoto County Jail, and names Jail Director Chad Wicker, Sheriff Bill Rasco, and nurses Rebecca Elaine Taylor and Julie Jordan as defendants. *Id.* For the Court to properly assess the merits of Plaintiff's claims, more information is needed. Accordingly, Plaintiff must submit additional information regarding his claims, specifically he is **DIRECTED** to provide a description of each named Defendant's—Chad Wicker, Bill Rasco, Rebecca Elaine Taylor, and Julie Jordan—personal involvement in the alleged actions or inactions identified in his complaint. Plaintiff must submit this information to the Court within thirty (30) days from the date of this Order. Plaintiff's failure to do so may result in the dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure.

      **SO ORDERED**, this the 5th day of September, 2023.

                                                             /s/ Jane Virden
                                                             UNITED STATES MAGISTRATE JUDGE